UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC LUEDIKE, HEATHER WARD, DONALD TRAINER, III, DEBRA HARTLEY, and ERIC BENDER, on behalf of themselves and all others similarly situated, Plaintiffs, | ) ) ) ) ) ) ) | |
| vs. | ) ) | 1:07-cv-1082-LJM-DML |
| SPRINT NEXTEL CORPORATION, Defendant. | ) ) ) | |

**ORDER ON PLAINTIFFS' MOTION TO RECONSIDER**

This matter comes before Court on plaintiffs', Eric Luedike, Heather Ward, Donald Trainer, III, Debra Hartley, and Eric Bender ("Plaintiffs"), Motion to Reconsider the Court's January 19, 2010, Order on defendant's, Sprint Nextel Corporation ("Sprint"), Motions for Summary Judgment ("Summary Judgment Order"), pursuant to Federal Rule of Civil Procedure 59(e). With the exception of their arguments related to certain "boost" payments, Plaintiffs fail to provide material facts or legal precedent not previously submitted in their original briefing. Rather, Plaintiffs merely rehash the same arguments already presented to the Court. Therefore, the Motion to Reconsider those arguments is **DENIED**. *See Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000) ("To prevail on a motion for reconsideration under Rule 59, the movant must present either newly discovered evidence or establish manifest error of law or fact.").

With respect to the boost payments, in its Summary Judgment Order the Court concluded that Defendants paid the boost payments within the statutory period. Now, Plaintiffs argue that one component of the boost payment, the Store Gross Boost Handset

and SIM Card Activations, was not paid within the statutory period, therefore creating a genuine issue of material fact for trial.  However, this component of the boost payment, similar to the other incentive compensation available to managers, was not directly tied to the managers' sales efforts.  Summary Judgment Order at 11.  Therefore, this form of compensation does not qualify as "wages" under the Indiana Wage Payment Statute. *Id.*

In summary, the Court **GRANTS in part** Plaintiffs' Motion to Reconsider to the extent the Court reconsiders the evidence regarding boost payments.  However, because the undisputed evidence demonstrates that the boost payments do not constitute "wages" under the Indiana Wage Payment Statute, Summary Judgment Order at 11, Sprint's Motion for Summary Judgment related to the boost payments remains **GRANTED**.  The Court's January 19, 2010, Order (Dkt. No. 160) is hereby **AMENDED** as set forth in this Order.

IT IS SO ORDERED this 11th day of February, 2010.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Charles B. Baldwin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
charles.baldwin@odnss.com

Matthew S. Effland
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
matthew.effland@odnss.com

Robert F. Seidler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
rob.seidler@ogletreedeakins.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com