UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERIC LUEDIKE, HEATHER WARD, DONALD TRAINER, III, DEBRA HARTLEY, and ERIC BENDER, on behalf of themselves and all others similarly situated, Plaintiff, vs. SPRINT NEXTEL CORPORATION, Defendant. | 1:07-cv-01082-LJM-DML |

## **ENTRY OF JUDGMENT**

Through an order dated March 4, 2009, the Court granted defendant's, Sprint Nextel Corporation Motion to Dismiss plaintiffs', Eric Luedike, Heather Ward, Donald Trainer, III, Debra Hartley, and Eric Bender, Indiana Wage Claim Statute claim for vacation/PTO pay. [Dkt. No. 131]. Through an order dated January 19, 2010, the Court granted defendant's, Sprint Nextel Corporation, Motion for Summary Judgment for Sprint Nextel Corporation and against plaintiffs, Eric Luedike, Donald Trainer, III, Debra Hartley and Eric Bender regarding their Indiana Wage Claim Statute claims for commission/incentive compensation pay. [Dkt. No. 160]. Judgment is entered accordingly.

DATED this 4th day of April, 2011.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

LAURA A. BRIGGS, CLERK
United States District Court
Southern District of Indiana


By: _/s/ Ruth E. Olive_
 Deputy Clerk


Distribution to:

Charles B. Baldwin
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
charles.baldwin@odnss.com

Matthew S. Effland
OGLETREE DEAKINS NASH SMOAK & STEWART, P.C.
matthew.effland@ogletreedeakins.com

Robert F. Seidler
OGLETREE, DEAKINS, NASH, SMOAK & STEWART
rob.seidler@ogletreedeakins.com

Ronald E. Weldy
WELDY & ASSOCIATES
weldy@weldylaw.com